CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

12/13/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **RALPH LEON HAYES,** | )<br>) |
| Appellant, | )<br>)   Case No. 6:23-cv-00038 |
| v. | )<br>)   Hon. Robert S. Ballou<br>)   United States District Judge |
| **U.S. BANK TRUST, N.A., et al.** | )<br>) |
| Appellees. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, this bankruptcy appeal is **DISMISSED**. The case and any pending motions shall be stricken from the active docket of the Court.

It is **SO ORDERED**.

Entered:  December 13, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge